**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose Vares<br>_First Name   Middle Name   Last Name_ | Social Security number or ITIN   xxx–xx–2739<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kimberly Goodell<br>_First Name   Middle Name   Last Name_ | Social Security number or ITIN   xxx–xx–0076<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–11345–CMG | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose Vares
aka Jose A. FerreiraDeVares, aka Jose Ferreira D'Avares, aka Jose Ferreira De Vares, aka Jose Alberto Ferriera De Vares, aka D'Vares Ferreira, aka Jose Ferreira DeVares, aka JoseAlbert Ferreira De

Kimberly Goodell
aka Kim Heasman, aka Kim Vares, aka Kimberly Heasman, aka Kimberly Vares, aka Kim Goodell, aka Kimberly Goodel

4/21/17

**By the court:**   Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-11345-CMG
Jose Vares                                                              Chapter 7
Kimberly Goodell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Apr 21, 2017
                              Form ID: 318             Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
```
db/jdb         Jose Vares,    Kimberly Goodell,    41 2nd Ave,    Port Reading, NJ 07064-1907
lm             CARRINGTON MORTGAGE SERVICES, LLC,    PO Box 3730,    Anaheim, CA 92803-3730
516605559      Baynes Orthopaedics,    54 South Dean Street,    Englewood, NJ 07631-3514
516605562      CARRINGTON MORTGAGE SERVICES,    PO BOX 3489,    Anaheim, CA 92803-3489
516605590     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
516605560      Cach Llc,    Pob 5980,    Denver, CO 80127
516605563     +Carrington Mortgage Services,    1600 S. Douglass Road, Suite 2,    Anaheim, CA 92806-5951
516605568     +Credit Control LLC,    P.O. Box 546,    Hazelwood, MO 63042-0546
516605570     +Diabetes and Osteoporosis Center,    20 Wills Way,    Piscataway, NJ 08854-3770
516605572      Emergency Phys Assoc of North Jersey,    350 Boulevard,    Passaic, NJ 07055-2840
516605579      FMS SERVICES,    PO BOX 1115,    Charlotte, NC 28201-1115
516605577     +First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
516605581     +Freshview,    4340 S. Monaco Street, Suite 400,    Denver, CO 80237-3485
516605582      Health East Ambulatory Surgical Center,    54 South Dean Street,    Englewood, NJ 07631-3514
516605583      Healthcare Revenue Recovery Group, LLC,    POB 459080,    Sunrise, FL 33345-9080
516605586      JP MORGAN CHASE BANK NA,    PO BOX 659754,    San Antonio, TX 78265-9754
516605587     +KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
516605588     +Law Offices of Joel Cardis, LLC,    2006 Swede Road, Suite 100,    E. Norristown, PA 19401-1787
516605589      Liberty Card Services,    211 Continental Drive, Suite 108,    Newark, DE 19713
516605592     +MIDDLESEX COUNTY SHERIFF FORECLOSURE SAL,    PO BOX 1188,    New Brunswick, NJ 08903-1188
516605591     +McCulloch Orthopedic Srg Svcs PLLC,    110 Duane Street,    New York, NY 10007-1126
516605593      Middlesex Emergency Physicians,    65 James Street,    Edison, NJ 08820-3947
516605594     +Midland Credit Management, LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
516605595     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516605596      Millenium Laboratories,    16981 Via Tazon,    San Diego, CA 92127-1645
516605598     +NEW CENTURY MORTGAGE CORPORATION,    18400 VON KARMAN STE 1000,    Irvine, CA 92612-0516
516605599     +NJ Orthopedic Rehab & Pain Mgmt Group PC,    477 Rahway Avenue,    Woodbridge, NJ 07095-3481
516605603      Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516605607     +RWJ University Hospital at Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
516605604     +Raritan Bank Medical Center,    530 New Brunswick Avenue,    Perth Amboy, NJ 08861-3685
516605606     +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516605608     +St. Georges Veterinary,    10 Remsen Avenue,    Avenel, NJ 07001-1214
516605614      TD BANK BANKRUPTCY NOTIFICATION,    PO BOX 1377,    Lewiston, ME 04243-1377
516635118     +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Dept MVS,
               Malvern PA 19355-0702
516605618     +Tribute/atlanticus,    Pob 105555,    Atlanta, GA 30348-5555
516605619      U S DEPT OF EDUCATION,    ECMC ATTN BANKRUPTCY DEPT,    PO BOX 16408,    Saint Paul, MN 55116-0408
516605621      US DEPT EDUCATION OFC GEN COUNSEL,    400 MARYLAND AVE SW RM 6E353,    Washington, DC 20202-0001
516605620     +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
               Cherry Hill, NJ 08003-3620
516605622     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2017 23:16:18      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2017 23:16:13      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516605556     +EDI: AFNIRECOVERY.COM Apr 21 2017 22:48:00      Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
516605557     +EDI: APPLIEDBANK.COM Apr 21 2017 22:48:00      Applied Bank,    Po Box 17125,
               Wilmington, DE 19850-7125
516605558     +EDI: ARSN.COM Apr 21 2017 22:48:00      Ars,    201 W. Grand Ave.,    Escondido, CA 92025-2603
516605613      EDI: AISTMBL.COM Apr 21 2017 22:48:00      T-Mobile,    P.O. Box 53410,    Bellevue, WA 98015-3410
516605561      EDI: CAPITALONE.COM Apr 21 2017 22:48:00      Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238
516605564      E-mail/Text: bankruptcy@fedpacific.com Apr 21 2017 23:17:05      Chad Steur Law, LLC,
               P.O. Box 27198,    Salt Lake City, UT 84127-0198
516605565     +EDI: CONVERGENT.COM Apr 21 2017 22:48:00      Convergent Outsourcing,    800 Sw 39th St,
               Renton, WA 98057-4975
516605566     +E-mail/Text: Umesh.Patil@credencerm.com Apr 21 2017 23:17:13      Credence,
               17000 Dallas Parkway, Suite 204,    Dallas, TX 75248-1940
516605567     +EDI: CCS.COM Apr 21 2017 22:48:00      Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
516605569     +EDI: RCSFNBMARIN.COM Apr 21 2017 22:48:00      Credit One Bank Na,    Po Box 98872,
               Las Vegas, NV 89193-8872
516605571     +EDI: TSYS2.COM Apr 21 2017 22:48:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516605573     +E-mail/Text: bknotice@erccollections.com Apr 21 2017 23:16:22      Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516605574     +E-mail/Text: bankruptcy@fedpacific.com Apr 21 2017 23:17:05      Federal Pacific Credit,
               140 W 2100 S # Sste220,    Salt Lake City, UT 84115-1852
516605575     +E-mail/Text: bankruptcy@fedpacific.com Apr 21 2017 23:17:05      Federal Pacific Credit Co.,
               P.O. Box 27198,    Salt Lake City, UT 84127-0198
```

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Apr 21, 2017
                              Form ID: 318             Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516605578     +EDI: AMINFOFP.COM Apr 21 2017 22:48:00     First Premier Bank,   601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
516605580     +E-mail/Text: fggbanko@fgny.com Apr 21 2017 23:15:25      Forster, Garbus & Garbus,
               7 Banta Place,   Hackensack, NJ 07601-5604
516605584      EDI: JEFFERSONCAP.COM Apr 21 2017 22:48:00     Jefferson Capital Systems, LLC,
               16 McLeland Road,   Saint Cloud, MN 56303
516605585      E-mail/Text: masmith@jfkhealth.org Apr 21 2017 23:17:04      JFK Medical Center,
               80 James Street, 4th Floor,   Edison, NJ 08820-3938
516605597     +E-mail/PDF: bankruptcy@ncfsi.com Apr 21 2017 23:19:17     New Century Financial Services, Inc.,
               110 S. Jefferson Road, Suite 104,   Whippany, NJ 07981-1038
516605600      EDI: CAPITALONE.COM Apr 21 2017 22:48:00     Orchard Bank,   c/o Capital One,   P.O. Box 30285,
               Salt Lake City, UT 84130-0285
516605602      EDI: PRA.COM Apr 21 2017 22:48:00     Portfolio Recovery Associates, LLC,
               120 Corporate Boulevard,   Norfolk, VA 23502
516605601     +EDI: PRA.COM Apr 21 2017 22:48:00     Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
516605605     +E-mail/Text: Supportservices@receivablesperformance.com Apr 21 2017 23:17:19
               Receivables Performanc,   20816 44th Ave W,   Lynnwood, WA 98036-7744
516605609     +EDI: RMSC.COM Apr 21 2017 22:48:00     Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
516605610     +EDI: RMSC.COM Apr 21 2017 22:48:00     Syncb/old Navy,   Po Box 965005,
               Orlando, FL 32896-5005
516605611     +EDI: RMSC.COM Apr 21 2017 22:48:00     Syncb/paypal Smart Con,   Po Box 965005,
               Orlando, FL 32896-5005
516605612     +EDI: RMSC.COM Apr 21 2017 22:48:00     Syncb/pc Richard,   C/o Po Box 965036,
               Orlando, FL 32896-0001
516605616      EDI: TFSR.COM Apr 21 2017 22:48:00     TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 5855,
               Carol Stream, IL 60197-9032
516605615      EDI: TFSR.COM Apr 21 2017 22:48:00     Toyota Motor Credit,   4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054
516605617      EDI: TFSR.COM Apr 21 2017 22:48:00     Toyota Motor Credit Corporation,   P.O. Box 8026,
               Cedar Rapids, IA 52409-8026
516605624     +EDI: WFFC.COM Apr 21 2017 22:48:00     WELLS FARGO BANK NA,   420 MONTGOMERY ST,
               San Francisco, CA 94104-1298
516605623     +EDI: BLUESTEM Apr 21 2017 22:48:00     Webbank/fingerhut,   6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516605576      First Bank of Delaware,   N/A
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
```
          Catherine E. Youngman    cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, for Carrington
           Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Mark R. Silber    on behalf of Debtor Jose  Vares mrsilber@optimum.net,
           G27312@Notify.CINCompass.com
          Mark R. Silber    on behalf of Joint Debtor Kimberly  Goodell mrsilber@optimum.net,
           G27312@Notify.CINCompass.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Apr 21, 2017
                              Form ID: 318             Total Noticed: 73
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 5