as

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ  07960
Telephone:  (973) 992-4800
Fax:  (973) 992-9125
Catherine E.  Youngman
Chapter 7 Trustee

Order Filed on October 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSE VARES AND KIMBERLY GOODELL,

                    Debtor.

Case No. 17-11345

Judge:  Gravelle

Chapter:  7

Recommended Local Form:     ☒Followed          ☐Modified

### ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP
### AS COUNSEL TO THE TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby
**ORDERED**.

**DATED: October 25, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

51436937.v1

(Page 2)

In re:         Jose Vares and Kimberly Goodell

Case No.:      17-11345

Caption:       **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS
               COUNSEL TO TRUSTEE**

**APPLICANT:        CATHERINE E. YOUNGMAN**

☒Trustee:       ☒Chap. 7         ☐Chap. 11              ☐Chap. 13.

☐Debtor:       ☐Chap. 11        ☐Chap. 13

☐Official Committee of _____

**PROFESSIONAL:   FOX ROTHSCHILD LLP**

☒Attorneys for:

☒Trustee       ☐Debtor-in-Possession

☐Official Committee of _____

---

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional,
       Fox Rothschild LLP, to act as her attorneys.

2.     Compensation shall be paid in such amounts as may be allowed by the Court upon
       proper application.

3.     The effective date of the retention is the date of the filing of this application.