as

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ  07960
Telephone:  (973) 992-4800
Fax:  (973) 992-9125
Catherine E. Youngman
Chapter 7 Trustee

**Order Filed on October 25, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

JOSE VARES AND KIMBERLY GOODELL,

Debtor.

Case No. 17-11345

Judge: Gravelle

Chapter:  7

| Recommended Local Form: | ☒Followed | ☐Modified |
|---|---|---|

**ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP**
**AS COUNSEL TO THE TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 25, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

51436937.v1

(Page 2)

In re:    Jose Vares and Kimberly Goodell

Case No.:    17-11345

Caption:    **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS COUNSEL TO TRUSTEE**

**APPLICANT:    CATHERINE E. YOUNGMAN**

☒ Trustee:    ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

**PROFESSIONAL:    FOX ROTHSCHILD LLP**

☒ Attorneys for:

☒ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional, Fox Rothschild LLP, to act as her attorneys.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application.

3. The effective date of the retention is the date of the filing of this application.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11345-CMG
Jose Vares                                                                Chapter 7
Kimberly Goodell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Oct 25, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db/jdb          Jose Vares,    Kimberly Goodell,    41 2nd Ave,    Port Reading, NJ   07064-1907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Catherine E. Youngman     on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
               Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Mark R. Silber    on behalf of Debtor Jose  Vares mrsilber@optimum.net,
               G27312@Notify.CINCompass.com
              Mark R. Silber    on behalf of Joint Debtor Kimberly  Goodell mrsilber@optimum.net,
               G27312@Notify.CINCompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6