UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  JOSE VARES AND
KIMBERLY GOODELL

Case No.: 17-11345(MBK)

Chapter:  7

Judge:  Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

Catherin E. Youngman, Chapter 7 Trustee in this case proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on November 27, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8.  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
value $   241,280.00
41 2nd Ave
Port Reading, NJ

Liens on property:

Mortgage:  $ 604,046.00

Amount of equity claimed as exempt:

$ 0

Objections must be served on, and requests for additional information directed to:
Name:         Catherine E. Youngman, Esq, Fox Rothschild, LLP
Address:      49 Market Street, Morristown, NJ  07960
Telephone No.: 201-992-4800

51637826.v1

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                        Case No. 17-11345-CMG
Jose Vares                                                    Chapter 7
Kimberly Goodell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Oct 31, 2017
                              Form ID: pdf905          Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db/jdb         Jose Vares,    Kimberly Goodell,    41 2nd Ave,    Port Reading, NJ 07064-1907
lm             CARRINGTON MORTGAGE SERVICES, LLC,    PO Box 3730,    Anaheim, CA 92803-3730
516605559      Baynes Orthopaedics,    54 South Dean Street,    Englewood, NJ 07631-3514
516605561     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516605562      CARRINGTON MORTGAGE SERVICES,    PO BOX 3489,    Anaheim, CA 92803-3489
516605590     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
516605560      Cach Llc,    Pob 5980,    Denver, CO 80127
516605563     +Carrington Mortgage Services,    1600 S. Douglass Road, Suite 2,    Anaheim, CA 92806-5951
516605565     +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
516605568     +Credit Control LLC,    P.O. Box 546,    Hazelwood, MO 63042-0546
516605570     +Diabetes and Osteoporosis Center,    20 Wills Way,    Piscataway, NJ 08854-3770
516605571     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516605572      Emergency Phys Assoc of North Jersey,    350 Boulevard,    Passaic, NJ 07055-2840
516605579      FMS SERVICES,    PO BOX 1115,    Charlotte, NC 28201-1115
516605577     +First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
516605578     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516605582      Health East Ambulatory Surgical Center,    54 South Dean Street,    Englewood, NJ 07631-3514
516605583      Healthcare Revenue Recovery Group, LLC,    POB 459080,    Sunrise, FL 33345-9080
516605586      JP MORGAN CHASE BANK NA,    PO BOX 659754,    San Antonio, TX 78265-9754
516605587     +KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
516605588     +Law Offices of Joel Cardis, LLC,    2006 Swede Road, Suite 100,    E. Norristown, PA 19401-1787
516605589      Liberty Card Services,    211 Continental Drive, Suite 108,    Newark, DE 19713
516605592     +MIDDLESEX COUNTY SHERIFF FORECLOSURE SAL,    PO BOX 1188,    New Brunswick, NJ 08903-1188
516605591     +McCulloch Orthopedic Srg Svcs PLLC,    110 Duane Street,    New York, NY 10007-1126
516605593      Middlesex Emergency Physicians,    65 James Street,    Edison, NJ 08820-3947
516605596      Millenium Laboratories,    16981 Via Tazon,    San Diego, CA 92127-1645
516605598     +NEW CENTURY MORTGAGE CORPORATION,    18400 VON KARMAN STE 1000,    Irvine, CA 92612-0516
516605599     +NJ Orthopedic Rehab & Pain Mgmt Group PC,    477 Rahway Avenue,    Woodbridge, NJ 07095-3481
516605600      Orchard Bank,    c/o Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516605603      Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516605607     +RWJ University Hospital at Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
516605604     +Raritan Bank Medical Center,    530 New Brunswick Avenue,    Perth Amboy, NJ 08861-3685
516605606     +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516605608     +St. Georges Veterinary,    10 Remsen Avenue,    Avenel, NJ 07001-1214
516605613    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    P.O. Box 53410,    Bellevue, WA 98015-3410)
516605614      TD BANK BANKRUPTCY NOTIFICATION,    PO BOX 1377,    Lewiston, ME 04243-1377
516605616    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 5855,
                 Carol Stream, IL 60197-9032)
516635118     +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Dept MVS,
                 Malvern PA 19355-0702
516605618     +Tribute/atlanticus,    Pob 105555,    Atlanta, GA 30348-5555
516605619      U S DEPT OF EDUCATION,    ECMC ATTN BANKRUPTCY DEPT,    PO BOX 16408,    Saint Paul, MN 55116-0408
516605621      US DEPT EDUCATION OFC GEN COUNSEL,    400 MARYLAND AVE SW RM 6E353,    Washington, DC 20202-0001
516605620     +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
516605624     +WELLS FARGO BANK NA,    420 MONTGOMERY ST,    San Francisco, CA 94104-1298
516605622     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2017 22:44:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2017 22:44:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516605556     +E-mail/Text: EBNProcessing@afni.com Oct 31 2017 22:44:53     Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
516605557     +E-mail/Text: bnc-applied@quantum3group.com Oct 31 2017 22:45:06     Applied Bank,
                 Po Box 17125,    Wilmington, DE 19850-7125
516605558     +E-mail/Text: legal@arsnational.com Oct 31 2017 22:44:31     Ars,    201 W. Grand Ave.,
                 Escondido, CA 92025-2603
516605564      E-mail/Text: bankruptcy@fedpacific.com Oct 31 2017 22:45:21     Chad Steur Law, LLC,
                 P.O. Box 27198,    Salt Lake City, UT 84127-0198
516605566     +E-mail/Text: bankruptcy@credencerm.com Oct 31 2017 22:45:25     Credence,
                 17000 Dallas Parkway, Suite 204,    Dallas, TX 75248-1940
516605567     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 31 2017 22:45:34     Credit Coll,
                 Po Box 607,    Norwood, MA 02062-0607
516605569     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2017 22:41:27     Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Oct 31, 2017
                              Form ID: pdf905          Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516605573      +E-mail/Text: bknotice@erccollections.com Oct 31 2017 22:44:48      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516605574      +E-mail/Text: bankruptcy@fedpacific.com Oct 31 2017 22:45:21      Federal Pacific Credit,
                 140 W 2100 S # Sste220,    Salt Lake City, UT 84115-1861
516605575      +E-mail/Text: bankruptcy@fedpacific.com Oct 31 2017 22:45:21      Federal Pacific Credit Co.,
                 P.O. Box 27198,    Salt Lake City, UT 84127-0198
516605580      +E-mail/Text: fggbanko@fgny.com Oct 31 2017 22:44:07      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
516605581      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2017 22:47:20      Freshview,
                 4340 S. Monaco Street, Suite 400,    Denver, CO 80237-3485
516605584       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2017 22:44:58      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
516605585       E-mail/Text: masmith@jfkhealth.org Oct 31 2017 22:45:21      JFK Medical Center,
                 80 James Street, 4th Floor,    Edison, NJ 08820-3938
516605594      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2017 22:44:40      Midland Credit Management, LLC,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
516605595      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2017 22:44:40      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516605597      +E-mail/PDF: bankruptcy@ncfsi.com Oct 31 2017 22:41:49      New Century Financial Services, Inc.,
                 110 S. Jefferson Road, Suite 104,    Whippany, NJ 07981-1038
516605602       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 23:08:17
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
516605601      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 22:47:21
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516605605      +E-mail/Text: Supportservices@receivablesperformance.com Oct 31 2017 22:45:29
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
516605609      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 22:41:37      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
516605610      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 22:41:37      Syncb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
516605611      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 22:41:18      Syncb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
516605612      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 22:41:06      Syncb/pc Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516605623      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 31 2017 22:45:22      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
516605576       First Bank of Delaware,    N/A
516605615*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516605617*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corporation,    P.O. Box 8026,
                 Cedar Rapids, IA 52409-8026)
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 31, 2017
                              Form ID: pdf905          Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:

          Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman    cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
           Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Mark R. Silber    on behalf of Debtor Jose  Vares mrsilber@optimum.net,
           G27312@Notify.CINCompass.com
          Mark R. Silber    on behalf of Joint Debtor Kimberly  Goodell mrsilber@optimum.net,
           G27312@Notify.CINCompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                      TOTAL: 6