11/14/2017

To Judge Gravelle

We Filed Bankruptcy in February 2017. The Mortgage Company Been Accepting our Payments since Febury 2017 we havent missed a payment.

The Reason we Fell Behind Jose was Lost his job in 2011 Due to a Bad car accident. & Jose is Now Back to work and we Been paying every month. We would like to See if the Bank.

I am proposing to Keep my house. Since my husband and I Paying the Mortgage since February 2017.

In the past we have Requested a modification and was denied. I would Like to request a modification and to remain in our home.

We received a Letter stating the Court was postpone so I thougt we didn't have to fill out the papers that was sent. we misunstood. that is why we didn't fill the package out and return it.

Thank you

Jose Cares

Kimberly Goodell

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2017 NOV 14 A 10: 07
JEANNE A. HAUGHTON
BY: _____ DEPUTY CLERK