Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−11345−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose Vares
aka Jose A. FerreiraDeVares, aka Jose Ferreira D'Avares, aka Jose Ferreira De Vares, aka Jose Alberto Ferreira De Vares, aka D'Vares Ferreira, aka Jose Ferreira DeVares, aka JoseAlbert Ferreira De
41 2nd Ave
Port Reading, NJ 07064−1907

Kimberly Goodell
aka Kim Heasman, aka Kim Vares, aka Kimberly Heasman, aka Kimberly Vares, aka Kim Goodell, aka Kimberly Goodel
41 2nd Ave
Port Reading, NJ 07064−1907

Social Security No.:
  xxx−xx−2739                                   xxx−xx−0076

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Catherine E. Youngman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 3, 2018</u>                <u>Christine M. Gravelle</u>
                                             Judge, United States Bankruptcy Court